**STATE of Missouri, Respondent,**

v.

**Louie J. EMERSON, Appellant.**

**No. 60461.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 19, 1992.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Appellant appeals from the order of the conviction on one count of sodomy.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).